DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Caple<br><br>Case below:<br>172 N.C. App. 172 | No. 437P05 | 1. AG's Motion for Temporary Stay (COA04-860) | 1. Allowed<br>**359 N.C. 854**<br><br>Stay dissolved 12/19/06 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied 12/19/06 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. See Special Order Page 163 |
| | | 4. Def's Motion to Dissolve Stay | 4. Dismissed as Moot 12/19/06<br><br>**Brady, J., Recused** |
| State v. Caples<br><br>Case below:<br>173 N.C. App. 233 | No. 512P05 | 1. AG's Motion for Temporary Stay (COA04-887) | 1. Allowed<br>**360 N.C. 68**<br><br>Stay dissolved 12/19/06 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied 12/19/06 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. See Special Order Page 165 |
| | | 4. AG's Motion to Defer Ruling | 4. Denied 12/19/06 |
| | | 5. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 5. Denied 12/19/06 |